IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| ANDREW YAVOICH | * | Case No.: 23-cr-216-ACR |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S WRITTEN CONSENT PURSUANT TO
RULE 43(b)(2) TO APPEAR FOR PLEA BY VIDEO TELECONFERENCING**

Defendant Andrew Yavoich, by and through his counsel, hereby provides this written consent to attend a hearing before this Court on his plea by video teleconferencing pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure. Defendant's plea will be to a misdemeanor offense.

Date: July 28, 2023

Respectfully submitted,

*/s/ James P. Ulwick*
James P. Ulwick (D.C. Bar No. 287763)
**KRAMON & GRAHAM, P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (telephone)
(410) 539-1269 (facsimile)
julwick@kg-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of July, 2023, a copy of the foregoing was filed electronically via CM/ECF, which effected service on counsel for all parties.

*/s/ James P. Ulwick*
James P. Ulwick

4867-6309-7715, v. 1