# EXHIBIT A

August 14, 2023

The Honorable Judge Ana Reyes
United States District Court
333 Constitution Avenue NW
Washington, DC  20001

RE: United States v. Andrew Yavoich

Dear Judge Reyes,

My name is David Yavoich and I am writing on behalf of Andrew Yavoich. As his father, I believe that I possess a unique perspective on his personal attributes. My son has always been an individual who works hard, follows the rules, and desires to do the right things as he makes his way through life. He has served as a positive role model for his three younger brothers and as a good influence for his friends.

My wife and I taught Andrew and his three brothers to appreciate honest work. Starting at a young age Andrew willingly performed chores around our small farm. During his days in high school, he continued to help me around the farm while working part-time and earning an academic college scholarship. During his time at college, he graduated with honors while at one point simultaneously holding three part-time jobs. Andrew has held continuous full-time employment since college graduation and earned a Master Degree in Business Administration.

In our home we place a high value on being respectful, kind, and considerate. While he was not always perfect, Andrew was an obedient son and was taught to respect authority. I believe that this training laid the foundation for him to become the law-abiding citizen that he is today. Andrew even developed a personal desire to uphold the law as he graduated with a degree in criminal justice and began his career as a youth probation officer. I see him continuing with these values as an adult through his work relationships and in helping those less fortunate.

Andrew is a person who ultimately desires to do what is right. He is a man of integrity and discipline, and I am proud to be his father. I ask that you show leniency and provide Andrew with the ability to keep working and serving. I truly believe that he is sorry for his actions.

With Respect,

David W. Yavoich

August 13, 2023

The Honorable Judge Ana Reyes
United States District Court
333 Constitution Avenue NW
Washington, DC  20001

RE: United States v. Andrew Yavoich

Dear Judge Reyes,

My name is Grace Yavoich and I am the mother of Andrew Yavoich.  I would like to submit this letter to you to attest to Andrew's character.

Andrew has always been a responsible, dependable person.  As the oldest of our four sons, he has always been a guiding force and go-to guy for his younger brothers.  Andrew has had a good work ethic since he was young, always pitching in and doing chores assigned to him.  He has held a job since he was 16 while maintaining good grades throughout high school and college.  He is always willing to help out both family and friends when needed whether it be moving or home projects and that type of thing.  Andrew even helped a person he met who had fallen on hard times get his finances in order and help him not lose his home to foreclosure.  He has volunteered at Boys and Girls Clubs, homeless shelters, and the Humane Society.

Andrew has always been a law-abiding person and would never willfully or knowingly break the law.  He was a Juvenile Probation Officer in a former job.  He respects the laws of our country and our government system.

I hope you will take this into consideration at his sentencing.

Respectfully,

*Grace Yavoich*
Grace Yavoich

August 12, 2023

Honorable Judge Ana Reyes
United States District Court
333 Constitution Ave, NW
Washington, DC 20001

Re: United States v. Andrew Yavoich

Dear Judge Reyes,

My name is Matthew Yavoich, and I am the younger brother of Andrew Yavoich. I live in Hoboken, NJ with my wife of twelve years, Megan, and our two children, Aurora and Clark. I am writing to you today to tell you about my brother, my experience of him, and his impact on the world around him.

Andrew and I grew up with two younger brothers in a stable family on a small farm in Pennsylvania. At an early age, we learned the values of hard work, discipline and integrity. I have many memories of Andrew performing his chores like mowing the grass, feeding the animals, shoveling coal, and many, many more. I watched him day in and day out, doing what was needed and teaching me to do the same. As we grew up, I continued to learn by watching Andrew – navigating high school, getting a job, living independently, and helping others along the way.

Life for Andrew did not come without its challenges. School was difficult at times, but he persevered. He explored multiple career paths before discovering something he loved doing. He experienced financial struggles but pushed harder to overcome them. Andrew is strong and resilient, and I admire him for it. He does not settle for life as it is but pursues life as it should be, and he is willing to put in the time, energy and effort to bring about a better future for his friends, family and anyone within his sphere of influence.

These days Andrew works in financial services, providing support for people and businesses that make the world go round. He has invested so much of himself into performing those duties with excellence and integrity. He and I chat on the phone all the time about challenges he faces at work and his tenacity to fix whatever is broken to make things more efficient, more transparent, more controlled, and more productive. He always looks to leave things better than he found them – whether it is fixing processes at work, being a handyman for friends and family, or sharing his experience and wisdom to influence and improve the lives of others. Andrew's presence makes the world a better place, and to take that away for even a small time would be a great loss to all who would know him.

I hope that you will consider the blessing that Andrew is to me, our family, his friends, his colleagues, and even strangers that have the benefit of crossing his path. He is undoubtedly remorseful for his mistake and has long since removed himself from the circles that placed him in this precarious position. I know that fear is weighing on him – about the court's decision, yes, but also about the aftermath and recovering from this financially. Even now, his job is in jeopardy while this is being resolved. I ask that you consider those factors as well to understand that he has already been punished. He has already altered his path to ensure something like this never happens again. Finally, I ask that the court's decision would balance justice with mercy and enable Andrew to continue his life and his endeavors which make the world a better place.

Sincerely,

Matthew Yavoich