# EXHIBIT B

August 24, 2023

The Honorable Judge Ana Reyes
United States District Court
333 Constitution Ave. NW
Washington, DC  20001

RE: United States v. Andrew Yavoich

Dear Judge Reyes,

Thank you for the opportunity to hear a little about me and my involvement in the events of January 6, 2021 from my point of view.  I'd like to provide a little background about what led to my attendance and a bit of insight into my mind on that day.

I have always found our government and political process interesting.  My first involvement, outside of voting, was volunteering at a speaking event with then vice-presidential candidate Paul Ryan.  I felt proud to be involved in our political process.  Since then, I've made many trips over the years to Washington D.C. to explore the history of our country, admire the architecture of historic buildings, learn about the workings of our political process, and volunteer at various events.

In 2019, I was fortunate enough to be selected to volunteer as a Holiday Greeter inside the White House during the Christmas holiday tours.  I felt proud and honored to be standing in the White House imagining all who walked through those rooms and the events that must have taken place over the years.  It was an honor when I was invited back the following year and again volunteered for the tours in 2020.  The experience of being in the White House in that capacity is something I will never forget.

In January 2020, I traveled to DC to observe the impeachment trial of President Trump, not as a partisan, but because I wanted to witness that rare aspect of our political system in which our country holds elected officials accountable.  Sitting in the gallery and watching the full Senate work through that process was an incredible experience.

Following the 2020 election, I attended a few events in DC organized by the Trump campaign.  At rallies in November and December, I heard people speak about issues they perceived with the election.  I talked with people in attendance about political and social issues.  I also saw physical clashes between people over their differing opinions.  In December of 2020, while I was dining at P.J. Clarke's on 16th Street, someone tossed an explosive into tables of patrons on the restaurant patio.  Afterwards, I discussed with a few passersby how unfortunate it is that people turn to violence to express their disagreements rather than discuss peaceably their opposing views.  I've never understood why people on any side of an issue resort to violence when our entire system is set up to peaceably discuss and resolve our differences.

When I traveled to DC in January 2021, I did so with the intent to see the President and hear him and other presenters speak.  Regardless of how anyone feels about the outcome of an election, our process is clear: decisions are made at the ballot box.  As with everything, we don't always get our way; the candidate we might prefer is not always the winner, and that's ok.  Even, perhaps especially, when our chosen candidate does not win, the vital part of our process is the peaceful transfer of power from one administration to the next.  Anyone on January 6th intent on stopping the peaceful transfer of power was incredibly wrong.  There is no excuse for anyone who committed acts of violence or vandalism.  We should all condemn those actions wholeheartedly.  I certainly condemn those actions.

On January 6, 2021, I arrived at the rally on the Ellipse quite early - between 4:00 and 5:00 a.m. - in order to find a good place to watch the speeches. However, before any of the proceedings started, I began to feel sick, and I left to return to my hotel room. I fell asleep, and slept until nearly 2:00 p.m. At that point, an acquaintance woke me up, and we walked together to the U.S. Capitol. I understood that there would be more speeches there. By the time I arrived, no barricades were present, and people had already entered the Capitol building. I wanted to see what was going on inside and joined the line of people entering the Capitol through an open door. I entered the Capitol at 2:49 p.m. I walked through the corridor from one end of the building to the other but did not enter any of the interior offices or rooms. I exited the building at 3:06 p.m.

I did not participate in any violence, did not assault or confront any police officers, and did no damage to the Capitol. I had no intention of disrupting Congress or preventing the peaceful transfer of power. I did not want either of those things to happen, and I condemn the actions of those people who were violent, or whose intentions were to disrupt Congress. I did not then, and do not now, support such actions.

When I entered the Capitol on January 6th, I did not focus on the fact that simply entering the building was a crime in and of itself. Had I considered then that it was, I would not have entered. However, I do understand that it was illegal for me to enter when I did, and I should have recognized at that time as well that it was illegal to do so. I understand not just that it was illegal, but also why it was illegal. I accept responsibility for my mistake in judgment that day and wish very much that I had not done so. I regret being present at all. Of course, I wish I was not going through this current process, but the reason is deeper than that. While I did not participate in any of the violence or vandalism that occurred, I realize that bad actors who did may have been emboldened and their efforts to disrupt strengthened by the number of people in attendance, whether or not those people in attendance agreed with or participated in those bad actions. I'm ashamed that my presence alone may have added to anything else that happened that day. I exercised poor judgement on January 6th, and I have been paying for that mistake ever since.

I understand the court has several goals when it comes to sentencing including not just punishment but also deterrence. I can assure Your Honor that regardless of any judgement imposed by the court, I will never involve myself in anything like this again. This whole experience will forever weigh heavy on my mind when making decisions going forward. I hope the costs I have already paid - the monetary loss from my employer and elsewhere, the stress and anxiety of this whole process, and the social stigma and embarrassment that will forever live online - will deter anyone else from ever considering similar action.

I am very sorry for the mistake I made that day. I will humbly accept whatever sentence Your Honor deems appropriate and respectfully ask for leniency when Your Honor makes that decision.


Respectfully,

Andrew Yavoich