# EXHIBIT C

August 14, 2023

Honorable Judge Ana Reyes
United States District Court
333 Constitution Ave. NW
Washington, DC  20001

RE: United States v. Andrew Yavoich

Dear Judge Reyes,

    My name is Nick Curreri, and I am a friend and former co-worker of Andrew Yavoich. I understand that Andrew will be appearing before the court in relation to the case referenced above. I would like to provide a brief testimony on behalf of Andrew that may be useful in your consideration of his case.

    I have known Andrew for the past 5 years. He was my former manager at JP Morgan Chase where he led a team of roughly 10 individuals. During the time I worked for him he mentored, developed, and helped employees further their career. He taught skills that were valuable not just for our career, but for our lives as well. He was equally passionate about helping his employees as he was our customers. He treated us all fairly and sought out the best opportunities for me.

    We also became friends outside of work, helping each other with home projects and volunteering together. We visited Washington DC together exploring the history of our country, touring the rose garden, and volunteering for the US Parks Service. When I am around Andrew, he has consistently shown passion for helping others at work as well as in his personal life.

    I am aware of Andrew's guilty plea, and I agree he has made a mistake. However, Andrew has an excellent reputation both professionally and personally. He is an asset to the area community and this mistake is not indicative of any other actions I have seen Andrew take in life. I trust that his actions in relation to this case are an anomaly on an otherwise clean record.

Sincerely,

Nick Curreri

August 16, 2023

Hon. Ana Reyes
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

      Re: United States v. Andrew Yavoich

Dear Judge Reyes:

      My name is Adam Kerr, and I am writing to you in regard to Andrew Yavoich. I am an Operations Management Specialist with the United Parcel Service in Harrisburg, Pennsylvania, and it is there that I met Andrew back in 2005. Andrew and I formed a strong bond and friendship while working together for UPS, and when Andrew accepted a promotion at another company, we continued working together by starting a small promotions company within the automotive industry. While the business dissolved after just a few years, we remained close friends, culminating with Andrew being one of my groomsmen in September of 2020.

      Over the course of our friendship, "Andy" and I have traveled together a lot. We've experienced New Years eve in Times Square numerous times. We've attended multiple NFL Drafts. We've been to baseball games and car shows all over the east coast. Flights to Florida, road trips to Virginia, navigating NYC subways – we've done it all. And when I slowed down to start a family, Andy started traveling internationally, sharing highlights from trips all over Europe. We have spent an incredible amount of time together over the past 18 years. I've grown to trust him like a brother.

      While our personalities helped develop a strong friendship, politics were one thing that Andy and I would occasionally disagree on. In June of 2020, as Covid was running rampant through the country, Andy and I took a trip to Florida together with 2 other friends. We spent a lot of time debating masks, public health & policy, and our President. This discussion wasn't just exclusive to our group of friends, as it was a national conversation, and one that we heard at just about every stop on our vacation. Andy was respectful of differing views and never became angry, hostile, or upset with those who disagreed with him. He has always been respectful and mindful of others' opinions, views, feelings, and experiences. In 18 years of friendship, I have never witnessed Andy even so much as raise his voice in an argument. I know him to be docile and professional in a working environment, with a mature and composed demeanor in public. He loves his family, his friends, and his country.

      It is my understanding that Andrew is accepting responsibility for his actions and has plead guilty. As a result of these charges, Andrew's employer has issued him a 3 month unpaid suspension and placed his career in jeopardy – one that I've watched him work hard to build. He is single, lives alone, and supports himself financially from this position. I ask that you take into account this hardship, along with his clean background and record, and my written testimony to Andrew's peaceful being when determining a fair judgment.

                                                                                           Sincerely,

                                                                                          Adam Kerr

August 18, 2023

Honorable Judge Ana Reyes
United States District Court
333 Constitution Ave. NW
Washington, DC 20001

RE: United States v. Andrew Yavoich

Dear Judge Reyes,

Over the past two years, I have gotten to know Andrew Yavoich through our connections of common interests. I am privileged to call him a friend, and proud to be able to say he calls me a friend in turn. Andrew's upstanding moral character, fiber, genuine kindness, and goodwill are all characteristics that are represented in his actions.

Andrew lives these traits every day, as much as he can through sincere mentorship, goodwill, and charity. In the time I have been privileged to spend with him, I have personally witnessed, and sometimes been the benefactor of, his generous spirit.

On numerous occasions, Andrew has assisted expecting mothers who were struggling financially with raising funds to cover basic necessities in their time of need. He has helped enable these struggling mothers to afford car repairs and delinquent car payments so they could maintain reliable transportation to work and prenatal appointments; fulfill baby registries for diapers, clothing, and other items first time expecting mothers require; pay overdue rent to avoid eviction; and cover mortgage payments allowing for time away from work after giving birth.

Andrew has also been a calm mediator and voice of reason, building bridges of community and forgiveness between people who otherwise would have remained estranged by encouraging reconnections and building relationships with those around him. He has donated his time, money, and efforts to assisting people in achieving their goals – including helping me (in particular) get the wheels moving to start a charitable organization. I have witnessed Andrew serve as a mentor spending hours a day walking people through religious struggles, talking others through their depression issues, and assisting others in getting their finances back on track.

These are just a few ways that I believe Andrew represents a model citizen. Given the current matter before the court, I would ask you to consider all the good Andrew has done and continues to do. He acknowledges his lapse in judgement that day. I believe the public would be served best by allowing Andrew to continue helping those around him as he has done for as long as I've known him.

Thank you for your time and consideration,

Joshua Vaughan

# Chris Garman

**From:** Chris Garman
**Sent:** Wednesday, August 16, 2023 4:20 PM
**To:** Chris Garman

My name is Christopher Garman. I am a longtime friend of Andrew Yavoich. I understand he has gotten in a bit of trouble. I would like to take just a moment of your time to talk about the character of Andrew. I have known him for about 19 years. We first met through a mutual friend. We eventually became good friends through a mutual love of automobiles. I know his family, he knows mine. We have been on so many adventures together. We have had some ups and downs over the years. If there is one thing I know for sure he is a good hearted man. He has shown me nothing less than great moral and spiritual character. I could go on in detail however I will keep it short. I can't express enough that I truly believe he is a moral and fourth right individual.

Thank you for your time,

Christopher Garman