# EXHIBIT D

| Case Number | Name | Actions | Time Spent in Capitol | Sentence | Judge |
|---|---|---|---|---|---|
| 1:21-cr-115 | Gonzalez Alvear | - Smoked marijuana in the Rotunda<br>- Distributed marijuana inside Capitol<br>- Recorded himself and others | 37 minutes | 24 mos. probation, 200 hours comm. serv., $1,000 fine, $500 restitution | Cooper |
| 1:21-cr-580 | Robert Ballesteros | - Posted a video to social media shouting, "we broke in" and "we are in the Capitol." | Not available | 36 mos. probation, 40 hours comm. serv., $500 restitution | Friedrich |
| 1:21-cr-386 | William Blauser Jr. | - Pushed past law enforcement officers to enter Capitol<br>- Involved in brief skirmish with law enforcement as he resisted being pushed out of the Rotunda | 38 minutes | $500 fine, $500 restitution | McFadden |
| 1:22-cr-285 | Frank Bratjan Jr. | - Entered Capitol through broken window<br>- Was part of a group of rioters pushing through a hallway toward Mitch McConnell's offices<br>- Posted on social media afterwards | 35 minutes | 6 mos. probation, $1,500 fine, $500 restitution, 60 hours comm. serv. | McFadden |
| 1:21-cr-739 | James/Jonas Buxton | - Attempted to join Three Percenters | 16 minutes | 18 mos. probation, 40 hours comm. serv. $500 fine, $500 restitution | Bates |
| 1:21-cr-247 | Jonathan Daniel Carlton | - Walked around | 1 hour and 4 minutes | 36 mos. probation, 40 hours comm. serv., $500 restitution | |
| 1:22-cr-44 | Anthony Carollo & Jeremiah Carollo | - Walked around | 15 minutes | 12 mos. probation, $500 restitution, 60 hours comm. serv. | Mehta |

| Case | Defendant | Conduct | Time Inside | Sentence | Judge |
|---|---|---|---|---|---|
| 1:22-cr-261 | Trudy Castle | - Walked around | 40 minutes | 30 mos. probation, $2,000 fine, $500 restitution | Cooper |
| 1:21-cr-362 | Andrew Cavanaugh | - Walked around | 11 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Mehta |
| 1:21-cr-218 | Christy Clark & Matthew Clark | - Walked around | 8 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Mehta |
| 1:22-cr-171 | Paula Ann Conlon | - Seen in body-worn camera footage yelling at police to "back off"<br>- Took a picture | 3 minutes | 12 mos. probation, $500 restitution | Cobb |
| 1:21-cr-269 | Sean Carlo Cordon | - Took a video while inside | 4 minutes | 2 mos. probation, $4,000 fine, $500 restitution | McFadden |
| 1:22-cr-261 | Kimberly DiFrancesco | - Walked around | 40 minutes | 30 mos. probation, $2,000 fine, $500 restitution | Cooper |
| 1:21-cr-324 | Danielle Nicole Doyle | - Walked around | 20-25 minutes | 2 mos. probation, $3,000 fine, $500 restitution | McFadden |
| 1:21-cr-366 | Gary Edwards | - Walked around | 24 minutes | 1 year probation, 200 hours community service, $2,500 fine, $500 restitution | Boasberg |
| 1:21-cr-97 | Valerie Elaine Ekrke | - Took a video while inside, uploaded to Facebook | Not available | 3 years probation with conditions, $500 fine | Friedman |
| 1:21-cr-725 | Luke Faulkner | - Walked around | 15 minutes | 24 mos. probation, $500 restitution | Moss |

| | | | | | |
|---|---|---|---|---|---|
| 1:21-cr-133 | Thomas Fee | - Sent selfie from inside Rotunda | Not available | 24 mos. probation, 50 hours comm. serv. $500 fine, $500 restitution | Bates |
| 22-cr-194 | Jamie Ferguson | - Walked around | 51 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Mehta |
| 1:21-cr-592 | Dawn Frankowski | - Walked around | 11 minutes | 18 mos. probation, 100 hours comm. serv., $750 fine, $500 restitution | Jackson |
| 1:21-cr-41 | Thomas Gallagher | - Was part of a group that refused to leave, was arrested by Capitol Police officers | Not available | 24 mos. probation, 60 hours comm. serv., $500 restitution | Nichols |
| 1:22-cr-118 | Jacob Garcia | - Took videos inside Capitol and posted on Facebook<br>- Scaled a wall<br>- Chanted<br>- Checked doors to see if they were open | 1 hour | 24 mos. probation, $500 restitution | Friedrich |
| 1:22-cr-62 | Raechel Genco | - Climbed over barricade<br>- Part of a crowd that forced officers to retreat at two different barricades | N/A | 12 mos. probation, 60 hours comm. serv., $500 restitution | Cobb |
| 1:21-cr-365 | Bruce Harrison | - Recorded video of a friend and sent to several people | 20 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:21-cr-98 | Andrew Hatley | - Took picture of himself inside Capitol | Not available | 36 mos. probation, 60 hours of comm. serv., $500 restitution | |

| | | | | | |
|---|---|---|---|---|---|
| 1:21-cr-155 | Jacob Hiles | - Posted videos and pictures of himself inside Capitol<br>- Smoked inside Capitol | Not available | 24 mos. probation, 60 hours comm. serv., $500 restitution | Jackson |
| 1:22-cr-238 | Lisa Ann Homer | - Part of front line of rioters who confronted and taunted USCP officers<br>- Stood next to leader of Proud Boys and participated in chanting | 1 hour, 4 minutes | 36 mos. probation, 60 hours comm. serv., $5,000 fine, $500 restitution | McFadden |
| 1:22-cr-41 | Paul Seymour Jr. | - Took pictures<br>- Stayed on Capitol grounds for hours after exiting building | 25 minutes | 12 mos. probation, 60 hours comm. serv., $500 restitution | Mehta |
| 1:21-cr-201 | Kari Kelley | - Walked around<br>- Friend took video while inside | Not available | 36 mos. probation, $500 restitution | Friedrich |
| 1:21-cr-100 | Jacob Lewis | - Posted videos from Capitol grounds on social media | 7 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Cooper |
| 1:21-cr-81 | Kevin Loftus | - Took pictures of himself inside Capitol | Not available | 36 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:22-cr-181 | Douglas Macrae | - Took selfie outside Capitol<br>- Took pictures inside Capitol, posted on Facebook | 3 minutes | 12 mos. probation, 120 hours comm. serv. | Boasberg |
| 1:21-cr-94 | Anthony R. Mariotto | - Took a selfie in the gallery of the Senate Chamber and posted on Facebook | Not available | 36 mos. probation, 250 hours comm. serv., $5000 fine, $500 restitution | Walton |
| 1:21-cr-344 | Abram Markofski | - Walked around | About an hour and a half | 24 mos. probation, $500 restitution, $1000 fine | Bates |

| | | | | | |
|---|---|---|---|---|---|
| 1:21-cr-201 | Zachary Hayes Martin | - Livestreamed video of himself in Capitol on Facebook | Not available | 36 mos. probation, 60 hours comm. serv., $1,000 fine | Friedrich |
| 1:21-cr-516 | Edward McAlanis | - Took selfie inside Capitol<br>- Took pictures outside Capitol behind barriers | Not available | 24 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:21-cr-468 | Lois Lynn McNicoll | - Took videos inside Capitol | About 40 minutes | 24 mos. probation, 80 hours comm. serv., $500 restitution | Friedman |
| 1:21-cr-630 | Clifford James Meteer | - Stood on stone handrailing on the Upper West Terrace staircase holding a sign<br>- Forcibly removed from Capitol by law enforcement | 30 minutes | 36 mos. probation, 60 hours comm. serv., $500 restitution | Nichols |
| 1:21-cr-164 | Anna Morgan-Lloyd | - Posed for picture in Capitol that friend posted on Facebook<br>- Took pictures in Capitol | About five minutes | 36 mos. probation, 120 hours comm. serv., $500 restitution | Lamberth |
| 1:22-cr-123 | Jeffrey Munger | - Took video of other rioters breaking a window in a Capitol door<br>- Remained mostly in the entryway, taking pictures | About 14 minutes | 30 mos. probation, 60 hours comm. serv., $500 restitution | Moss |
| 1:21-cr-474 | Joshua Munn | - Walked around | 52 minutes | 36 mos. probation, 60 hours comm. serv., $500 restitution | Howell |
| 1:21-cr-474 | Kayli Munn | - Walked around | 52 minutes | 36 mos. probation, 60 hours comm. serv., $500 restitution | Howell |

| | | | | | |
|---|---|---|---|---|---|
| 1:21-cr-344 | Brandon Nelson | - Texted mom a video of mob inside Capitol building chanting "stop the steal" | About an hour and a half | 24 mos. probation, $500 restitution, 50 hours comm. serv., $2,500 fine | Bates |
| 1:21-cr-704 | Timothy Earl O'Malley | - Walked around | 15 minutes | 24 mos. probation, 20 hours comm. serv., $500 restitution | Cooper |
| 1:21-cr-363 | Jennifer Ruth Parks | - Took pictures inside Capitol<br>- Left when told to leave by Capitol Police officer | 15 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Nichols |
| 1:21-cr-403 | Nicole Prado | - Took pictures from inside Capitol building, sent to her husband, he posted on Instagram<br>- Made it to 3d floor of the House | 20-30 minutes | 12 mos. probation, 60 hours comm. serv., $742 fine, $500 restitution | Contreras |
| 1:21-cr-694 | Brandon Prenzlin | - Exited building as part of a crowd police officers cleared from corridor | 3 minutes | 10 mos. probation, $2500 fine, $500 restitution, 120 hours comm. serv. | McFadden |
| 1:21-cr-201 | Michael Quick | - Walked around | Not available | 24 mos. probation, $1,000 fine, 60 hours comm. serv. | Friedrich |
| 1:21-cr-201 | Stephen Brian Quick | - Walked around | Not available | 24 mos. probation, $1,000 fine, 60 hours comm. serv. | Friedrich |
| 1:22-cr-256 | Samuel Fontanez Rodriguez | - Scaled West Terrace wall of Capitol; helped friend do the same | 1 minute | 12 mos. probation, $500 restitution | Cobb |
| 1:21-cr-68 | Eliel Rosa | - Took pictures and posted one on Facebook | 20 minutes | 12 mos. probation, $500 restitution, | McFadden |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 100 hours comm. serv. | |
| 1:21-cr-384 | Jonathan Ace Sanders | - Took pictures and videos while inside and sent some to friends | Not available | 36 mos. probation, $500 restitution, 60 hours comm. serv. | Nichols |
| 1:21-cr-588 | Amy Schubert | - Took pictures and posted on social media | About 1 hour | 18 mos. probation, $2,000 fine, $500 restitution, 100 hours comm. serv. | Jackson |
| 1:21-cr-364 | Esther Schwemmer | - Took pictures inside Capitol<br>- Exited when they were told to leave by Capitol Police officer | 15 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:21-cr-621 | Julia Sizer | - Recorded video as she entered building | 2 minutes | 12 mos. probation, $2,000 fine, $500 restitution | Cooper |
| 1:21-cr-651 | Edward T. Spain Jr. | - Posted inflammatory statements re: civil war on social media before and after Jan 6. | 20 minutes | 36 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:22-cr-41 | Paul Seymour, Sr. | - Posed for picture with son inside Capitol<br>- After being escorted out of building by officers, stayed on Capitol Ground for hours | About 20 minutes | 12 mos. probation, 60 hours comm. serv., $500 restitution | Mehta |
| 1:21-cr-205 | Marissa A. Suarez | - Walked around | Not available | 36 mos. probation, $2,000 fine, $500 restitution, 60 hours comm. serv. | Friedrich |
| 1:21-cr-615 | Steven Thurlow | - Took videos inside Capitol building and posted on social media<br>- Stayed on Capitol Grounds for another 2 hours | 15 minutes | 24 mos. probation, 80 hours comm. serv. $500 restitution | Friedman |

| | | | | | |
|---|---|---|---|---|---|
| 1:21-cr-205 | Patricia Todisco | - Walked around | Not available | 36 mos. probation, $2,000 fine, $500 restitution, 60 hours comm. serv. | Friedrich |
| 1:22-cr-51 | Reva Vincent | - Recorded crowd of people entering Capitol<br>- Recorded herself entering Capitol<br>- Recorded herself inside Capitol<br>- Posted on Facebook about woman who was shot while inside Capitol | 5 minutes | 24 mos. probation, 60 hours comm. serv., $1,500 fine, $500 restitution | McFadden |
| 1:21-cr-355 | Lori Ann Vinson | - Told local news outlet later that she believed her actions were "justified" and she would "do this all over again tomorrow." | Not available | 5 years probation, $5000 fine, $500 restitution, 120 hours comm. serv. | Walton |
| 1:22-cr-44 | Cody Vollan | - Walked around | 15 minutes | 12 mos. probation, $500 restitution, 60 hours comm. serv. | Mehta |
| 1:21-cr-265 | Douglas K. Wangler | - Recorded a video of himself pumping his fist while inside the Capitol | About 20 minutes | 24 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |
| 1:21-cr-592 | David Wiersma | - Posted on Facebook about being in the Capitol | About 15 minutes | 18 mos. probation, $500 restitution, 100 hours comm. serv., $1,500 fine | Jackson |
| 1:21-cr-302 | John Clarence Wilkerson IV | - Walked around | Not available | 36 mos. probation, $2,500 fine, $500 restitution, 60 hours comm. serv. | Cooper |
| 1:21-cr-45 | Andrew Williams | - Yelled "We are storming the Capitol" as he climbed exterior steps of Capitol building. | Not available | 24 mos. probation, 60 hours comm. serv., $500 restitution | Friedrich |

| | | - Asked friends after Jan. 6 not to post pictures and videos of him participating in the riot on social media | | | |
|---|---|---|---|---|---|
| 1:21-cr-314 | Shawn Bradley Witzemann | - Recorded videos and posted on social media | 1 hour, 10 minutes | 24 mos. probation, $500 restitution | |
| 1:21-cr-42 | Andrew Wrigley | - Took selfies and pictures inside | 1 minute | 18 mos. probation, $2,000 fine, $500 restitution | Jackson |
| 1:21-cr-543 | Abigail Yazdani-Isfehani<br><br>Loammi Yazdani-Isfehani<br><br>Loruhamah Yazdani-Isfehani | - Walked around | About 30 minutes | 24 mos. probation, 100 hours comm. serv., $500 restitution | Cooper |
| 1:21-cr-640 | Darrell Alan Youngers | - Gave an interview from hotel room wearing a mask and head covering to conceal identity | 15 minutes | 36 mos. probation, $1,000 fine, $500 restitution | |
| 1:21-cr-389 | Joseph Elliott Zlab | - Walked around | About 13 minutes | 36 mos. probation, 200 hours comm. serv., $500 fine, $500 restitution | Walton |