UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-216-ACR |
| : | |
| ANDREW YAVOICH, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION TO MODIFY DUE DATE

The United States of America respectfully requests this Court to modify its standing order related to this case. Within this Court's standing order,[1] the Court has ordered: "Any memorandum in aid of sentencing must be submitted via USB drive ***at least 10 business days*** before the date of the sentencing, with response (if any) submitted ***at least 7 business days before the date of sentencings.***" Criminal Standing Order at 7 (emphasis in original). The order also notes that "[s]entencing will generally be scheduled approximately ninety days after entry of the plea or conviction." *Id*.

In the present case, the defendant plead guilty on August 3, 2023. Sentencing was set 41 days later, for September 13, 2023. *See* Minute Entry dated August 3, 2023. A draft PSR was provided to the parties on August 30, 2023. The government respectfully requests this Court to allow it to submit its sentencing memorandum on September 1, 2023, 7 business days prior to sentencing, which will also incorporate any response to the defense sentencing memo.

The government sought consent from the defense. Defense counsel consented to the entry of an order to allow filing of the government's sentencing memorandum late.

---

[1] https://www.dcd.uscourts.gov/sites/dcd/files/4-14-23%20FINAL%20Criminal%20Standing%20Order.pdf Last accessed August 31, 2023

        Respectfully Submitted,

        Matthew M. Graves
        United States Attorney
        D.C. Bar No. 481052


By:    /s/ *Adam M. Dreher*
        Adam M. Dreher
        Assistant United States Attorney
        Michigan Bar No. P79246
        601 D. St. N.W.
        Washington, D.C. 20530
        (202) 252-1706
        adam.dreher@usdoj.gov