**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-216-ACR** |
| | : | |
| **ANDREW YAVOICH,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

ORDERED that the Government's Motion to Extend Deadline for *Sentencing Memorandum* is GRANTED; it is

FURTHER ORDERED that the Government shall file its motion by September 1, 2023.

SO ORDERED.

_____
ANA C. REYES
United States District Judge

DATE: