

James P. Ulwick
410.347.7426
410.361.8206 Fax
julwick@kg-law.com
Also admitted in DC

September 18, 2023

Leave to File GRANTED.
Date: September 18, 2023

The Honorable Ana C. Reyes
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

   Re: United States of America v. Andrew Yavoich
     Case No.:  23-cr-216-ACR

Dear Judge Reyes:

  Your Honor will recall that you sentenced my client, Andrew Yavoich, last week to 6 months of probation, with a special condition of 60 hours of community service.  While Mr. Yavoich awaits his employer's decision on whether he will be allowed back to work, he would like to work on his community service. Your Honor indicated that you wanted to approve the organization that Mr. Yavoich wants to use for his service.  We respectfully propose the Brandywine Valley Society for the Prevention of Cruelty to Animals, ("BVSPCA").  Their website can be found here: https://bvspca.org/

  We proposed the BVSPCA to Mr. Yavoich's probation officer, who told him to go ahead and start working for them.  But, we wanted to make sure that Your Honor approved this selection.

  Thank you for your consideration.

               Very truly yours,

               *James P. Ulwick*

               James P. Ulwick

cc: AUSA Adam Dreher (via email:  Adam.Dreher@usdoj.gov)