IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| ANDREW YAVOICH | * | Case No.: 23-cr-216-ACR |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT ANDREW YAVOICH'S**
**MOTION FOR EARLY TERMINATION OF PROBATION**

Defendant Andrew Yavoich, by and through his undersigned counsel respectfully requests that this Court terminate his probation, and for cause states:

1. Mr. Yavoich was charged in a four count Information in this Court on July 6, 2023.

2. On August 3, 2023 Mr. Yavoich pled guilty to count 4 of the Information - parading, demonstrating, or picketing in the Capitol building, in violation of 40 U.S.C. § 5104 (e)(2)(G).

3. On September 13, 2023 this Court sentenced Mr. Yavoich to six (6) months of supervised probation. The special conditions of supervision required him to perform sixty (60) hours of community service and to make restitution to the Government in the amount of $500.00.

4. By September 14, 2023 Mr. Yavoich had paid the restitution in full.

5. Mr. Yavoich successfully completed his community service hours at Brandywine Valley Society for the Prevention of Cruelty to Animals, ("BVSPCA"), which was an organization approved by the United States Probation office, as well as this Court.

6. By November 11, 2023 Mr. Yavoich had worked more than sixty (60) hours of community service. He continues to volunteer for the BVSPCA despite completing his ordered community service.

7. At the time of sentencing, the Court stated that when Mr. Yavoich successfully completed his community service hours, he could request an early termination of his probation.

8. Mr. Yavoich has complied with all of the standard conditions of probation, and has fulfilled all of the special conditions imposed by this Court. He has been fully compliant in all respects, and respectfully requests that the Court consider terminating his probation at this time.

9. Mr. Yavoich has returned to the workforce and was reinstated in his former position. The fact that he remains under Court ordered supervision could be an impediment to opportunities for advancement.

10. Undersigned counsel requested the government's position on this Motion. Government counsel requested that the following statement be relayed to the Court: "If Mr. Yavoich has completed his community service, the government acknowledges that early termination would likely comport to this Court's initial assessment of the §3553 factors at Mr. Yavoich's original sentencing. But in line with the government's request at Mr. Yavoich's original sentencing, the government does oppose early termination based solely on compliance with his current terms of probation."

11. Under all of the circumstances presented by this case, Mr. Yavoich respectfully suggests that no public purpose will be served by continuing his probation, and he respectfully requests that his probation be terminated.

WHEREFORE, Defendant Andrew Yavoich respectfully requests that this Court terminate his probation.

Dated: November 14, 2023

    */s/ James P. Ulwick*
James P. Ulwick (Bar No. 287763)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (facsimile)
julwick@kg-law.com

*Counsel for Defendant Andrew Yavoich*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing was filed electronically via CM/ECF, causing same to be served on all parties of record.

    */s/ James P. Ulwick*
James P. Ulwick

4876-4510-7856, v. 1